

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:25CR197 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| COLLIN D. JERABEK, | 18 U.S.C. § 2251(a) & (e) |
| Defendant. | 18 U.S.C. § 2252(a)(2) & (b)(1) |

The Grand Jury charges that

## COUNT I

Beginning on or about December 9, 2023, and continuing through on or about January 19, 2024, in the District of Nebraska and elsewhere, defendant COLLIN D. JERABEK, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM 1, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT II

On or about December 11, 2023, in the District of Nebraska and elsewhere, defendant COLLIN D. JERABEK, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM 2, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility

1

of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT III

Beginning on or about December 12, 2023, and continuing through on or about December 14, 2023, in the District of Nebraska and elsewhere, defendant COLLIN D. JERABEK, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM 3, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT IV

Beginning on or about December 28, 2023, and continuing through on or about January 1, 2024, in the District of Nebraska and elsewhere, defendant COLLIN D. JERABEK, did, and attempted to, employ, use, persuade, induce, entice, and coerce MINOR VICTIM 4, a person under the age of eighteen, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2251(a) and (e).

**SEALED**

## COUNT V

Beginning on or about December 11, 2023, and continuing through on or about June 11, 2024, in the District of Nebraska and elsewhere, defendant COLLIN D. JERABEK, did knowingly receive and distribute and attempt to receive and distribute, using any means and facility of interstate and foreign commerce, any visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KATHRYN A. PFLUG, #27650
Assistant U.S. Attorney